IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-14-0479<br>Civil No. JKB-19-3609 |
| TIMOTHY HURTT | * | |
| Defendant | * | |

\*\*\*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE (ECF No. 978). The Government has responded (ECF No. 983). The Defendant has attempted to supplement his Motion (ECF No. 998), and the Government has moved to strike that supplement (ECF No. 1000).

The Court has carefully reviewed the submissions as well as other elements of the lengthy record in this case to the extent that they are relevant to the instant issues.

First, the Defendant attempts to supplement his Motion to Vacate (ECF No. 998), but he is too late. Nothing in the proposed supplement "relates back" to the claims that the Defendant filed within the one-year deadline. The claims set out in the supplement are entirely new and unrelated to those raised within the requisite time period. Accordingly, they are not properly before the Court and may not be considered. *United States v. Pittman*, 209 F.3d (314) (4th Cir. 2000). The MOTION TO STRIKE (ECF No. 1000) is GRANTED.

As for the claims that the Defendant raises in his primary Motion (ECF No. 978), they are in all respects duplicative of claims he raised on direct appeal. Each of these were addressed by the Court of Appeals and rejected. *See United States v. Smith*, 919 F.3d 825 (4th Cir. 2019).

The Defendant's MOTION (ECF No. 978) is wholly without merit. The court is barred from considering the claims set out in the Defendant's supplemental Motion (ECF No. 998). Accordingly, all of the Defendant's claims are DENIED and the MOTION (ECF No. 978) specifically, is DENIED.

To the extent that a certificate of appealability is necessary in order for the Defendant to move forward from this point, such is DENIED as he has failed to make a substantial showing of the denial of a constitutional right. Further, on this record the Defendant cannot demonstrate that reasonable jurists would find this Court's assessment of the constitutional claims debatable or wrong.

Dated this __10__ day of February, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge